No. 85–1260.   LOWE v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 85–1263.   NEW YORK STATE DEPARTMENT OF TRANSPORTATION v. SIERRA CLUB ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 85–1264.   LAVANT v. ST. JOSEPH'S HOSPITAL ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 85–1270.   KIENAST v. CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1272.   MYER v. PACIFIC FEDERAL SAVINGS & LOAN ASSN.   App. Dept., Super. Ct. Cal., County of Orange.   Certiorari denied.

No. 85–1273.   EAGLE v. AMERICAN TELEPHONE & TELEGRAPH CO.   C. A. 9th Cir.   Certiorari denied.

No. 85–1274.   ERNEST v. UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF VIRGINIA ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1276.   RAMOS v. YIP ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–1286.   MESSING v. SIMON.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 85–1290.   GLICKSTEIN v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 85–1293.   EDUCATIONAL SERVICES, INC., DBA INTERNATIONAL MONTESSORI SOCIETY, ET AL. v. MARYLAND STATE BOARD FOR HIGHER EDUCATION ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–1294.   LEBER ET AL. v. SMITH ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–1297.   MANEGO v. ORLEANS BOARD OF TRADE ET AL.   C. A. 1st Cir.   Certiorari denied.